# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-307 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Lennie Dwayne Brooks (1), Randy Lorenzo Brooks (2), and Autumn Marie Nichols (3), | |
| Defendants. | |

This matter comes before the Court on the Government's Motion for Extension of the Discovery Due Date (ECF No. 33). The Government requests an approximately one-week extension of the time to make its disclosures. The Government states that 11 search warrants were executed on December 20, 2018, and it "is still in the process of cataloguing all of the evidence seized pursuant to the search warrants." (ECF No. 33 at 1.) The Government's efforts to assemble its disclosures have been further "complicated by the ongoing partial federal shutdown as well as the Christmas and New Year's holidays." (ECF No. 33 at 1.) The Government proposes extending certain deadlines in the December 28, 2018 Arraignment Order (ECF No. 31), and takes the position that the motions hearing scheduled for February 11, 2019 need not be continued.

By e-mail, the Court inquired as to Defendants' positions with respect to the Government's motion. Defendants do not object to the Government's request for a continuance, but request that the motions hearing be continued as well so as not to "truncate

the period during which many important defense functions are completed." (ECF No. 42 at 1; *see* ECF No. 36, 38.) Defendants additionally note that the Protective Order (ECF No. 46) requested by the Government will further impact their ability to consult with their respective counsel. Defendants assert that an extension of the other pretrial deadlines without a corresponding extension of the motions hearing will "shorten[] the amount of time counsel has to prepare . . . [their respective] defense[s], and ultimately shorten[] the amount of time for very important decisions to be made." (ECF No. 36 at 1; *see* ECF No. 38, 42.)

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuance is necessary to provide the parties and their respective counsel the time necessary for effective preparation and to make efficient use of the parties' resources. The Court further finds that such continuance is not due to a lack of diligent preparation. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for Extension of the Discovery Due Date (ECF No. 33) is **GRANTED**.

2. The period of time from **January 1 through February 28, 2019**, shall be excluded from Speedy Trial Act computations in this case.

3. The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **January 24, 2019**. D. Minn. LR 12.1(a)(1). In order to avoid the need for a recess of the motions hearing, the government is requested to

make, by **January 24, 2019**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).[1]

4. Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **January 31, 2019**. D. Minn. LR 12.1(a)(2).

5. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **February 7, 2019**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.[2]

6. **Counsel shall electronically file a letter on or before February 7, 2019, if no motions will be filed and there is no need for hearing**.

7. All responses to motions shall be filed by **February 21, 2019**. D. Minn. LR 12.1(c)(2).

8. Any Notice of Intent to Call Witnesses shall be filed by **February 21, 2019**. D. Minn. LR. 12.1(c)(3)(A).

9. Any Responsive Notice of Intent to Call Witnesses shall be filed by **February 25, 2019**. D. Minn. LR 12.1(c)(3)(B).

10. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

11. If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **February 28, 2019**, at **2:00 p.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

---

[1] The Court has granted the Government a few more days to make its disclosures given that the Government will need to produce certain protected material in both unredacted and redacted form under the Protective Order.
[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Chambers 9W, Minneapolis, MN 55415.

12. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT**, the following trial and trial-related dates are:

    All voir dire questions and jury instructions must be submitted to District Judge David S. Doty on or before **April 29, 2019**.

    This case must commence trial on **May 6, 2019, at 9:00 a.m.**, before District Judge Doty in Courtroom 14W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Doty to confirm the new trial date.**

Dated: January   16   , 2019

          *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Brooks et al.*
Case No. 18-cr-307 (DSD/TNL)